UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOSEPH THEO BABINEAUX, JR., ET AL. | CIVIL ACTION NO. 6:18-cv-00233 |
| VERSUS | JUDGE DOUGHTY |
| MARK GARBER, ET AL. | MAGISTRATE JUDGE HANNA |

## MINUTES OF SETTLEMENT CONFERENCE

On Tuesday, May 11, 2021, the undersigned magistrate judge held a settlement conference in this matter, commencing at 10:00 a.m. and concluding at 12:00 p.m.[1] Participating in the conference were the following:

- Clay Burgess and Liza Trahan, counsel for the plaintiffs; and
- Patrick McIntire and Jason Boudreaux, counsel for defendant.

Mr. Burgess had settlement authority from two of his three clients, and the settlement conference was conducted on a recommendation-only basis. As a result, at the conclusion of the conference, the parties have not conclusively reached an amicable settlement of their dispute. However, counsel will advise the court and the case will be administratively closed by separate order.

Signed at Lafayette, Louisiana on May 12, 2021.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE

---

[1] Statistical time: two hours.