UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOSEPH THEO BABINEAUX, JR., ET AL. | CIVIL ACTION NO. 6:18-cv-00233 |
| VERSUS | JUDGE DOUGHTY |
| MARK GARBER, ET AL. | MAGISTRATE JUDGE HANNA |

## **ORDER**

In accordance with the discussion held during the settlement conference of May 11, 2021, and with the agreement of counsel for the parties in this matter,

IT IS ORDERED that the Clerk of Court shall administratively terminate this action in his records without prejudice to the right of the parties to reopen the proceedings upon the filing of a motion to reopen.  This order shall not be considered a dismissal or disposition of this matter and, should further proceedings become necessary or desirable, any party may file a motion to reopen the case, as if this order had not been entered.

Signed at Lafayette, Louisiana, on this 12th day of May 2021.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE