UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOSEPH THEO BABINEAUX, JR., MOSES ARCENEAUX, AND MARK AUSTIN | CIVIL ACTION NO. 6:18-cv-00233 |
| VERSUS | JUDGE DOUGHTY |
| MARK GARBER, ET AL. | MAGISTRATE JUDGE HANNA |

**ORDER**

In October 2021, this Court granted the motion of L. Clayton Burgess, counsel of record for the plaintiffs in this case, seeking to withdraw from the representation. (Rec. Doc. 74). This Court also ordered the plaintiffs, Joseph Theo Babineaux, Jr., Moses Arceneaux, and Mark Austin to appear in court on November 23, 2021. (Rec. Doc. 74). Mr. Austin contacted the court and participated in the hearing by telephone. Neither Mr. Babineaux nor Mr. Arceneaux appeared as ordered. Accordingly,

IT IS ORDERED that Joseph Theo Babineaux, Jr. and Moses Arceneaux shall appear in court IN PERSON at 11:30 a.m. on January 6, 2022, in Courtroom 7, United States Courthouse, Lafayette, Louisiana, and inform the court whether they will be retaining legal counsel or representing themselves in this lawsuit.

IT IS FURTHER ORDERED that if an attorney enrolls as counsel of record for Mr. Babineaux or Mr. Arceneaux before the hearing date, that plaintiff will not be required to attend the hearing.

IT IS FURTHER ORDERED that, if Mr. Babineaux or Mr. Arceneaux fails to be present at the January 6, 2022 hearing, his claims may be dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk of Court's office shall update its records to show that Mr. Austin's address is 2707 Garden Brook Court, Montgomery, AL 36116; his email address is markbenjamin0826@gmail.com; and his telephone number is 334-313-7966.

IT IS FURTHER ORDERED that the Clerk of Court's office shall update its records to show the following last known addresses for Mr. Babineaux and Mr. Arceneaux, which were provided to this Court by Mr. Burgess's office:

> Joseph Theo Babineaux, Jr.  
> 121 D. Arceneaux  
> Scott, LA  70583
>
> Moses Arceneaux  
> 112 Latin Drive  
> Lafayette, LA  70507

IT IS FURTHER ORDERED that the Clerk of Court's office shall send a copy of this order and the minutes of the November 23, 2021 hearing to Mr. Babineaux and Mr. Arceneaux, at the addresses set forth above, by certified mail, return receipt requested.

IT IS FURTHER ORDERED that this matter shall remain administratively closed.

Signed at Lafayette, Louisiana, this 29th day of November 2021.

_____  
PATRICK J. HANNA  
UNITED STATES MAGISTRATE JUDGE