U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 29 2021

TONY R. MOORE, CLERK
BY _____
            DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**JOSEPH THEO BABINEAUX JR**   CASE NO. 6:18-CV-00233

**VERSUS**   JUDGE TERRY A. DOUGHTY

**MARK GARBER ET AL**   MAGISTRATE JUDGE PATRICK J. HANNA

**CERTIFIED MAIL RECEIPT**

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
7019 2280 0000 8637 4755
Sent To: Joseph Theo Babineaux, Jr.
121 D. Arceneaux
Scott, LA 70583

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
7019 2280 0000 8637 4762
Sent To: Moses Arceneaux
112 Latin Drive
Lafayette, LA 70507