UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JOSEPH BABINEAUX, JR., ET AL.** | **CIVIL ACTION NO. 6:18-CV-00233** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MARK GARBER, ET AL.** | **MAG. JUDGE PATRICK J. HANNA** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 84] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this case is reopened; and,

**IT IS FURTHER ORDERED, ADJUDGED, AN DECREED** that the plaintiffs' claims are dismissed with prejudice for failure to prosecute the case or comply with the orders of the court.

MONROE, LOUISIANA, this 21st day of January 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE